IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01769-GPG

EARNEST KONES,

    Applicant,

v.

UNITED STATES OF AMERICA,

    Respondent.

## ORDER OF DISMISSAL

Applicant, Earnest Kones, is a prisoner in the custody of the Federal Bureau of Prisons.  Mr. Kones initiated this action by filing *pro se* a Motion to Provide Counsel (ECF No. 1) requesting appointment of counsel to investigate claims that his constitutional rights have been violated and that his incarceration is illegal.  This civil action was commenced and, on August 17, 2015, Magistrate Judge Gordon P. Gallagher entered an order denying the motion for appointment of counsel and directing Mr. Kones to cure certain deficiencies if he wished to pursue any claims.  Specifically, Magistrate Judge Gallagher directed Mr. Kones to file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and either to pay the $5.00 filing fee for a habeas corpus action or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a habeas corpus action along with a certificate showing the current balance in his inmate account.  Mr. Kones was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Kones has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's August 17 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Kones failed to cure the deficiencies as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  23rd  day of   September  , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court